COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Kyle Dean Kuykendall v. The State of Texas

Appellate case number:      01-18-00930-CR

Trial court case number:    B15-684

Trial court:                198th District Court of Kerr County

On June 10, 2019, appellant, Kyle Dean Kuykendall, filed his appellant's brief in which he raises two issues: (1) a double jeopardy claim, and (2) a challenge to the portion of the judgment requiring him to pay his court-appointed attorney's fees. On July 2, 2019, the State notified this Court that the State agreed that the judgment should be modified to remove the order to pay court-appointed attorney's fees and was waiving its right to file a brief in this appeal.

The Court believes that briefing by the State would be beneficial with respect to appellant's double jeopardy claim and therefore, orders the State to waive submit a brief on this issue.

The State's brief is due to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually     ☐ Acting for the Court

Date:     July 23, 2019